1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | CAROL HALLISSY,

| Case No. 2:21-cv-01250-JAM-DB
| (Honorable John A. Mendez)

12 |        Plaintiff,

13 |    vs.

| **ORDER GRANTING THE PARTIES'**
| **STIPULATION TO EXTEND TIME TO**
| **FOR DEFENDANT TO RESPOND TO**
| **COMPLAINT**

14 | METROPOLITAN LIFE INSURANCE
| COMPANY,

15 |        Defendant.

| [Stipulation filed concurrently]

16 | Complaint Filed:  July 16, 2021

17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Having reviewed the Parties' Stipulation to extend the time for Defendant Metropolitan Life Insurance Company to respond to Plaintiff's Complaint, and for good cause shown, the Court hereby GRANTS the Parties' Stipulation.  Defendant shall have up to and including September 3, 2021 to answer or otherwise respond to Plaintiff's Complaint.


IT IS SO ORDERED.

DATED:  August 12, 2021 /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER ON STIPULATION TO EXTEND TIME TO RESPOND
Case No. 2:21-cv-0125-JAM-DB
1044146\308709287.v1